Troy K. Walker, USB 7663
12339 S. 800 East, Suite 101
Draper, UT 84020
(801) 255-5555 Phone
(801) 255-5588 Fax
troykwalker@gmail.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

TYRA AYRES, on behalf of plaintiff and
class,

    Plaintiff,

  -vs-

LVNV FUNDING LLC; a South Dakota
Corporation; and FIRST NATIONAL
COLLECTION BUREAU, INC.,

    Defendants.

NOTICE OF VOLUNTARY DISMISSAL WITH
PREJUDICE

(Putative Class Action)

Case No. 2:16-cv-00234-JNP
Honorable Jill N. Parrish

**TO THE CLERK OF THE COURT AND THE PARTIES**:

Plaintiff Tyra Ayres, by and through her undersigned counsel, and pursuant to Fed. R. Civ. P. 23(e) and 41(a)(1)(A)(i), no class having ever been certified and no defendant having answered or moved for summary judgment, hereby provides **NOTICE THAT THIS ACTION IS DISMISSED WITH PREJUDICE**, in its entirety.

The Clerk of the Court may therefore enter a final clerk's judgment of dismissal with

prejudice upon the docket if needed.

DATED this 23rd day of November, 2016.

/s/ Troy K. Walker
TROY K. WALKER
Attorney for Plaintiff Tyra Ayres.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** was served by transmission through the Court's CM/ECF notification system this 23rd day of November, 2016, on the following:

David W. Scofield, dws@psplawyers.com

/s/ Troy K. Walker
TROY K. WALKER